JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LILY CASSANDRA ALPHONSIS, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY REGIONAL DETENTION FACILITY et al., <br><br> Defendants. | Case No. CV 17-03650-ODW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and this entire action are dismissed with prejudice.

Date: October 7, 2021

_____
OTIS D. WRIGHT II
United States District Judge